## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

HORACE LEE,
DESHON TAYLOR,
and all others similarly situated,

                Plaintiffs,

        v.                            Hon. Gershwin A. Drain
                                      Case No. 12-cv-14104

GAB TELECOM, INC.,

                Defendant.

---

Harold L. Lichten (Mass. BBO #549689)    John E. Gannon (P41349)
Elizabeth Tully (Mass. BBO # 685855)     LAMBERT, LESER, ISACKSON, COOK
LICHTEN & LISS-RIORDAN, P.C.           & GIUNTA
100 Cambridge Street, 20th Floor          916 Washington Avenue, ste. 309
Boston, MA 02114                               Bay City, Michigan 48708
(617) 994-5800                               (989) 893-3518
hlichten@llrlaw.com
etully@llrlaw.com                           *Attorney for Defendant*

David M. Blanchard (P 67190)
Edward A. Macey (P 72939)
NACHT, ROUMEL, SALVATORE,
BLANCHARD & WALKER, P.C.
101 North Main Street, Suite 555
Ann Arbor, Michigan 48104
(734) 663-7550
dblanchard@nachtlaw.com,
emacey@nachtlaw.com

*Attorneys for Plaintiffs*

---

## JOINT MOTION TO APPROVE SETTLEMENT

The parties, by and through their respective attorneys, move the Court for the entry of an order approving their Settlement Agreement and General Release of all Claims, which has been submitted to the Court in camera, and for the entry of their proposed order dismissing the above-entitled action with prejudice and without an award of costs to any party.

| | |
|---|---|
| /s/ Edward A. Macey with consent<br>David M. Blanchard (P 67190)<br>Edward A. Macey (P 72939)<br>NACHT, ROUMEL, SALVATORE,<br>BLANCHARD & WALKER, P.C.<br>101 North Main Street, Suite 555<br>Ann Arbor, Michigan 48104<br>(734) 663-7550<br>dblanchard@nachtlaw.com,<br>emacey@nachtlaw.com | /s/ John E. Gannon<br>John E. Gannon (P41349)<br>LAMBERT, LESER, ISACKSON,<br>COOK & GIUNTA<br>916 Washington Avenue, ste. 309<br>Bay City, Michigan 48708<br>(989) 893-3518<br><br>*Attorney for Defendant* |

/s/ Harold L. Lichten with consent
Harold L. Lichten (Mass. BBO #549689)
Elizabeth Tully (Mass. BBO # 685855)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800
hlichten@llrlaw.com
etully@llrlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing documents have been properly forwarded to all counsel of record per the FEDERAL RULES OF CIVIL PROCEDURE, on this 7th day of February, 2014.

      _/ s / John E. Gannon_

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

HORACE LEE,
DESHON TAYLOR,
and all others similarly situated,

        Plaintiffs,

v.                                            Hon. Gershwin A. Drain
                                                        Case No. 12-cv-14104

GAB TELECOM, INC.,

        Defendant.

## ORDER

Before the Court is the parties' joint motion to approve settlement in which the parties ask the Court to approve the terms of their settlement resolving all claims that Plaintiffs Horace Lee and Deshon Taylor and various opt-ins (collectively "Plaintiffs") have raised or could have raised in this litigation.

The Court having reviewed the motion, together with the settlement agreement in-camera and is satisfied that the settlement reached between the parties represents a fair and reasonable resolution of a bona fide dispute over the federal, state or other claims that were asserted or could have been asserted by the Plaintiffs in this litigation. Accordingly, it is ORDERED as follows:

1. The joint motion for approval of settlement is GRANTED. The settlement is approved and the Court retains jurisdiction to enforce the parties' settlement.

2. All claims of the Plaintiffs that were raised or could have been raised in this litigation, including, without limitation, claims for wages, overtime, charge-backs, benefits or any other form of compensation or benefit based upon the Plaintiffs' relationship with or services provided to Defendant GAB Telecom, Inc. are DISMISSED with prejudice and

without costs awarded to any party.


Dated: February 13, 2014                              s/Gershwin A. Drain
       Detroit, Michigan                                 GERSHWIN A. DRAIN
                                                                         United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 13, 2014.

                                                               s/Tanya R. Bankston
                                                               TANYA R.BANKSTON
                                                               Case Manager & Deputy Clerk