UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORACE LEE, et al.,

        Plaintiffs,                                      Case No. 12-cv-14104
                                                           Honorable Gershwin A. Drain

v.

GAB TELECOM, INC.,

        Defendant.
_____/

## Consent Judgment

Having reviewed the Plaintiffs' submission *in camera*, it is ORDERED as follows:

Judgment shall enter for the Plaintiffs in the amount of $325,873.00, comprised of $325,000.00 plus interest at the effective federal rate from September 14, 2012 to April 14, 2014 in the amount $873.00.

Dated: April 17, 2014                                         /s/Gershwin A Drain
        Detroit, Michigan                               GERSHWIN A. DRAIN
                                                              United States District Court Judge