Original - Court
1st copy - Plaintiff
2nd copy - Defendant
3rd copy - Garnishee

Approved, SCAO

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT | FINAL STATEMENT ON GARNISHMENT OF PERIODIC PAYMENTS | CASE NO. 12-CV-14104 |
|---|---|---|

**Court address**
231 W Lafayette Blvd.  Detroit, MI 48226

**Court telephone no.**
(313) 234-5005

Plaintiff's name and address (judgment creditor)
Horace Lee
25166 Graham Rd
Redford, MI 48239

v

Defendant's name and address (judgment debtor)
GAB Telecom, Inc.
1280 Kemper Ave
Madison Heights, MI 48071

Plaintiff's attorney, bar no., address, and telephone no.
David Blanchard (P 67190)  617-994-5800
Nacht, Roumel, Salvatore, Blanchard & Walker P.C.
101 N Main St, Suite 555
Ann Arbor, MI 48104

Garnishee's name and address
WideOpenWest Networks, LLC
601 Abbot Rd
East Lansing, MI 48823

FILED
AUG - 6 2014
CLERK'S OFFICE
DETROIT

**When to complete and file this form:**

If you are the defendant's employer, this statement is to be filed within 14 days after the writ expires regardless of changes in the employment status of the defendant during the time that the writ was in effect.

If you are not the defendant's employer, this statement is to be filed within 14 days after you are no longer obligated to make payments to the defendant or after the writ expires, whichever occurs first.

1. This final statement is for a writ of garnishment issued on  04/29/2014 .
   Date issued

2. Amount stated on line 2. of Request for Writ of Garnishment ............... $ 325,873.00

   Less total amount withheld under this writ ............................................. $ 325,873.00

   Difference ............................................................................................... $ 0.00

08/01/2014
Date

_Scott Sharp_  Regional Business Director
Garnishee/Agent/Attorney signature

---

**CERTIFICATE OF MAILING**

I certify that on:

8/1/2014      I mailed or personally delivered a copy of this final statement with the court.

8/1/2014      I mailed or personally delivered a copy of this final statement to the plaintiff/attorney.

8/1/2014      I mailed or personally delivered a copy of this final statement to the defendant.

08/01/2014
Date

_Scott Sharp_  Regional Business Director
Garnishee/Agent/Attorney signature

MC 48  (3/13)  **FINAL STATEMENT ON GARNISHMENT OF PERIODIC PAYMENTS**      15 USC 1672, 15 USC 1673, MCR 3.101(J)(6)